**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00626-RPM-CBS

INTERWEST SAFETY SUPPLY, INC., a Utah corporation,

    Plaintiff,

v.

LAWRENCE CONSTRUCTION COMPANY, a Colorado corporation, and
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation.

    Defendants.

_____

**ORDER TO DISMISS WITHOUT PREJUDICE**
_____

Upon review of the parties' Stipulation To Dismiss Without Prejudice Pursuant To F.R.C.P. 41(2), filed on June 26, 2009, it is

**ORDERED** that the above referenced action is dismissed, without prejudice, each party to bear its own costs and fees.

**DATED** this 29th day of June, 2009.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge